Margaret Asquith, appellant, v. Robert L. Asquith, appellee. Gen. No. 34,789.

Opinion filed June 26, 1931.

James J. Shepro and John M. Kanne, for appellant. Paul R. Simon, for appellee; Charles Hudson, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Roy Cumm, appellee, v. Hogan & Farwell, Inc., appellant. Gen. No. 34,819.

Opinion filed June 26, 1931.

Pruitt & Grealis, for appellant. Parker, McKeon & Clusman, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Steel Tank and Products Corporation, appellant, v. Sylvester Hussar, trading as North Shore Tank Installation Company, appellee. Gen. No. 34,831.

Opinion filed June 26, 1931.

Charles L. Barrett, for appellant. Kamfner & Halligan, for appellee; Arthur J. Goldberg, of counsel.

Mr. Justice Kerner delivered the opinion of the court.